# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INFOGROUP INC., <br><br> Plaintiff, <br><br> v. <br><br> BUDCO EAST COAST LLC, a Michigan limited liability company, and DIRECT FULFILLMENT, LLC, <br><br> Defendants. | Case No. 8:10-CV-441 <br><br> ADDENDUM TO PROTECTIVE ORDER |

**IT IS ORDERED** that the parties' Joint Motion to Enter Addendum (Doc. 33) is granted. Documents produced by third parties may be produced subject to the Protective Order entered on January 25, 2011 (Doc. 21). The procedures set forth in the Protective Order will govern the designation and handling of confidential information already produced or to be produced herein by or on behalf of the parties or third parties in the above-captioned matter.

**DATED February 23, 2011.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**